UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDEAVOUR CAPITAL, INC., | Civil No. 07CV1206 JAH(NLS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NOVA GEN CORPORATION, | |
| Defendant. | |

On June 5, 2008, this Court entered default against Defendant Nova Gen Corporation subject to Plaintiff Endeavour Capital proving up damages. Doc. No. 47. On July 21, 2008, this Court held a hearing regarding damages. Defendant did not appear at the hearing. At the hearing, the Court reiterated that Defendant had defaulted for failure to retain counsel. This Court took under submission the issue of damages, pending supplemental briefing from Plaintiff's counsel by August 4, 2008.

On August 4, 2008, Plaintiff filed supplemental briefing in regards to damages along with a declaration by Plaintiff's counsel, Robert S. Crowder, in support of Plaintiff's request for attorney's fees and costs. Doc. No. 51. The Court has reviewed Plaintiff's supplemental brief and Crowder's declaration, and now finds that Plaintiff has proven attorney's fees in the amount of $81,059.00 and expert fees and costs in the amount of $7,751.12, together with damages in the principal amount of $226,117.05 and interest

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

in the amount of $10,218.45. Plaintiff has proven damage in the total amount of $325,145.62.

Accordingly, for the reasons stated above, **IT IS HEREBY ORDERED** that default judgment in the amount of **$325,145.62** is **ENTERED** against Defendant Nova Gen Corporation.

DATED:  August 5, 2008

_____
JOHN A. HOUSTON
United States District Judge